UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE A. RICCIO,<br><br>                Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. C19-6126-MLP<br><br>ORDER |

This matter is before the Court on the Commissioner's unopposed motion for a stay of proceedings. (Dkt. # 8.) The Commissioner moves for a 28-day stay as it works to regain its capacity to produce the certified transcript of record necessary to submit an answer in this matter. (*Id.*) The Commissioner represents that the current COVID-19 pandemic has impacted operations in the Office of Appellate Operations that is responsible for physically producing the transcript. (*Id.*) Specifically, the Commissioner states staff members are teleworking and therefore unable to perform in-person physical tasks associated with preparing transcripts. (*Id.*) The Commissioner represents that although it is working to find a solution, it has yet to do so. (*Id.*) The Commissioner also submitted a declaration representing opposing counsel has no objection to the motion to stay. (Dkt. # 9 ("Martin Decl.") at ¶ 4.)

ORDER - 1

1   The Court is cognizant of the impact COVID-19 has had on all parties to litigate social
2   security matters. However, in the interest of adjudicating this matter efficiently, the Court
3   declines the Commissioner's request for a stay. Instead, the Court grants the Commissioner a 28-
4   day extension to either obtain the required transcript and submit an answer or seek an additional
5   extension.

6   Dated this 28th day of April, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2